Case 4:23-cv-01117   Document 1   Filed on 03/27/23 in TXSD   Page 1 of 5

United States Courts
Southern District of Texas
FILED

MAR 27 2023

Nathan Ochsner, Clerk of Court

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Jesse Wang
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Harris County Jail
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

) Case No. _____
) (to be filled in by the Clerk's Office)
)
) Jury Trial: (check one)  ☐ Yes  ☐ No
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jesse Wang
Street Address: 6709 Sylmar rd
City and County: Houston
State and Zip Code: TX 77074
Telephone Number: 832 939 7106
E-mail Address: JesseWang687@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Harris County Jail
Job or Title (if known):
Street Address: 701 N San Jacinto St.
City and County: Houston, TX
State and Zip Code: 77002
Telephone Number: 713 755 5000
E-mail Address (if known):

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* __Jesse Wans__, is a citizen of the State of *(name)* __Texas__.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* __Jesse Wans__, is incorporated under the laws of the State of *(name)* __Texas__, and has its principal place of business in the State of *(name)* __Texas__.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* __Jesse__, is a citizen of the State of *(name)* __Texas__. Or is a citizen of *(foreign nation)* __USA__.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* __Jesse__, is incorporated under the laws of the State of *(name)* __Texas__, and has its principal place of business in the State of *(name)* __Texas__.
Or is incorporated under the laws of *(foreign nation)* __USA__,
and has its principal place of business in *(name)* __Texas USA__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

9,000,000,000,000

**III.  Statement of Claim**

I have been intentionally abused for doing nothing. The reason for going to jail was false as well.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**IV.  Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

 Gmail

Jesse Wang <jessewang687@gmail.com>

**(no subject)**
1 message

Jesse Wang <jessewang687@gmail.com>
To: Jesse Wang <jessewang687@gmail.com>

I was intentionally put in danger to be multiple times when I was in jail at Harris county. I was beaten, burned with a wick, and stabbed with a shank. When a purposely ignored me knowing I was in danger. I was attacked many times and I wanted to press charges but was told I could not by the guards after the first asking if I could work as a trustee bc I was getting attacked and they responded that I could "move to a safer pod when I stopped being attacked." On dec 5, 2 was threatened by other inmates. He told me I had to go in a cell and fight. He dragged me into a cell against my will on camera and locked me there. One in if the guard was serious. The inmates then punched and kicked me in my face, broke my nose and fingers, made me wipe up the bloody floor with toilet pape were going to beat me more. Then told me to call for the guards and wait by the gait as they thought they were through. I called for help and waited for 5 min needed to do more before the guards would come let me out. They continued to beat me more, took my pants off and burned me with a wick, beat my head a[ and start flushing, then made me clean the floor with a towel, wipe my ass then made me clean my face. I was sent to Ben taub. I put in a formal complaint th appointment. I went down to the doctors in a waiting cell where I was gassed with coughing gas until I had a throbbing headache and couldn't go. Anytime sc air. It can be proven by the cameras if the tape is still there. One time when I had my head down in the cell an inmate was hovering near when I all of a sudde the door I cought a concentrated strong wiff of some kind of coughing gas and coughed so hard I threw up. For the next week I was continually gassed and sl more times and intentionally put into danger after the formal complaint. I asked the guards why all this was happening he literally just said it was because Im said I couldn't.

I'd like to sue Harris county police dept for neglect and intentionally putting me in danger as I begged them for my safety. Yet they continued ignoring me an get beaten and hospitalized. Ive suffered many injuries as well as broken bones and other hospital injuries because of the intentional harm I was put in while : arrested under false claims as well and spent a whole year of my life being assaulted. There are records off every incident and hospitalization

After jail I was forced into a group home for a year against my will with people in the city constantly harassing and threating me. I have no privacy as people are constantl alwyas forced to do things and always feel i am in danger. it has been a year since i got out of jail and feel the city and the people are constatly harrasing me all the time.