United States District Court
Southern District of Texas
**ENTERED**
August 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSE WANG,                §<br>    *Plaintiff*,         §<br>                             §<br>v.                           §<br>                             §<br>HARRIS COUNTY JAIL,    §<br>    *Defendant*.        § | CIVIL ACTION NO. 4:23-CV-1117 |

## **FINAL JUDGMENT**

In accordance with this Court's Final Order entered May 22, 2023, dismissing all of plaintiff's claims in this case with prejudice (ECF 18), it is hereby ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE and Plaintiff shall take nothing by way of his claims against Defendant in this case.[1]

This is a Final Judgment.

Signed on August 01, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The parties consented to the jurisdiction of the Magistrate Judge for all purposes, including entry of final judgment. ECF 8.